FILED
CLERK, U.S. DISTRICT COURT
JUL -1 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Hernandez, Defendant.

CASE NO. CR 11-435R

ORDER OF DETENTION

[Fed. R. Crim. P. 32.1(a)(6);
18 U.S.C. § 3143 (a)]

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **CD/CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. **(X)** The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **illegal reentry and new crime/**

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _apparent new crime after 11 month_

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 7/1/14

_____
UNITED STATES MAGISTRATE JUDGE
VICTOR B. KENTON
U.S. MAGISTRATE JUDGE